# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                        §
                                              §
TUDOR, ADRIAN L                               §        Case No. 05-55970 SPS
TUDOR, FLORINA M                              §
                                              §
                                              §
                    Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $             , for a total compensation of $         [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $           , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/RONALD R. PETERSON _____
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 05-55970 | Judge: SUSAN PIERSON SONDERBY |
|---|---|---|
| Case Name: | TUDOR, ADRIAN L | |
| | TUDOR, FLORINA M | |
| For Period Ending: | 01/28/15 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 10/14/05 (f) |
| 341(a) Meeting Date: | 02/14/06 |
| Claims Bar Date: | 08/16/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate at 6007 N. Sheridan #25F, Chicago, IL | 235,000.00 | 0.00 | | 0.00 | FA |
| 2. Coop certificate 5030 N. Marine Dr., Chicago | 875.00 | 0.00 | | 0.00 | FA |
| 3. Checking account at Bank One | 450.00 | 0.00 | | 0.00 | FA |
| 4. The Private Bank in Trust | 6,000.00 | 0.00 | | 0.00 | FA |
| 5. The Private Bank in Trust | 7,500.00 | 0.00 | | 0.00 | FA |
| 6. Washingtong Mutual | 500.00 | 0.00 | | 0.00 | FA |
| 7. Household goods | 700.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Rifle | 50.00 | 0.00 | | 0.00 | FA |
| 10. New York Life whole life policy | 291.40 | 0.00 | | 0.00 | FA |
| 11. New York Life whole life policy | 293.45 | 0.00 | | 0.00 | FA |
| 12. Neww York Life wholelife insurance policy | 800.00 | 0.00 | | 0.00 | FA |
| 13. New York Life whole life insurance policy | 665.30 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

Case No:       05-55970       Judge: SUSAN PIERSON SONDERBY
Case Name:    TUDOR, ADRIAN L
              TUDOR, FLORINA M

Trustee Name:                       RONALD R. PETERSON
Date Filed (f) or Converted (c):    10/14/05 (f)
341(a) Meeting Date:                02/14/06
Claims Bar Date:                    08/16/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Bank One Roth IRA | 1,100.00 | 0.00 | | 0.00 | FA |
| 15. IRA Florina | 1,100.00 | 0.00 | | 0.00 | FA |
| 16. Stock in taxi corporations | 900.00 | 99,000.00 | | 380,000.00 | FA |
| 17. 1999 Ford Windstar | 3,500.00 | 0.00 | | 0.00 | FA |
| 18. 2004 Ford Crown Victoria | 7,000.00 | 0.00 | | 0.00 | FA |
| 19. 32 cars owned by taxi corporations | 9,600.00 | 0.00 | | 0.00 | FA |
| 20. Misc. Refund (u) | 0.00 | 0.00 | | 6,777.17 | FA |
| 21. IRS Refund (u) | 0.00 | 13,613.29 | | 14,225.08 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 796.38 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $276,825.15 | $112,613.29 | | $401,798.63 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 18, 2014, 10:09 a.m.:   We were in the process of closing the estate when the City of Chicago tipped me at a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 05-55970       Judge: SUSAN PIERSON SONDERBY | |
| Case Name: | TUDOR, ADRIAN L | |
| | TUDOR, FLORINA M | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 10/14/05 (f) |
| 341(a) Meeting Date: | 02/14/06 |
| Claims Bar Date: | 08/16/06 |

Jenner & Block seminar that the Debtors had more cabs. We have entered into a settlement whereby the Debtors will finance a 100% plan. We are waiting patiently for Horace Fox, the Debtors' lawyer, to review the settlement, and for the Debtors to provide the funding.

April 29, 2013, 09:15 am The City of Chicago informed me that there may be more taxi licenses then Horace Fox disclosed. This happened at a Jenne r & Block client seminar. Met with Horace and a cast of thousands and they are reviewing their files.
The Estate's accountant is working on federal tax returns.

January 30, 2012, 11:19 am. Alan Lasko, the Estate's accountant, has been working on a tax from the I.R.S. It's like Waiting for Godot.

November 26, 2010, 11:14 a.m. In process of preparing final report.

Initial Projected Date of Final Report (TFR): 12/31/08       Current Projected Date of Final Report (TFR): 12/31/14

_____ Date: _____

RONALD R. PETERSON

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 05-55970 -SPS | |
| Case Name: | TUDOR, ADRIAN L | |
| | TUDOR, FLORINA M | |
| Taxpayer ID No: | *******7193 | |
| For Period Ending: | 01/28/15 | |

| | | |
|---|---|---|
| Trustee Name: | RONALD R. PETERSON | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******8232  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 101,448.19 | | 101,448.19 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.54 | 101,385.65 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.60 | 101,321.05 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.46 | 101,258.59 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.51 | 101,194.08 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.43 | 101,043.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 135.69 | 100,907.96 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.02 | 100,757.94 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 144.95 | 100,612.99 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 149.58 | 100,463.41 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 144.55 | 100,318.86 |
| 07/29/13 | 030001 | Alan D. Lasko | Professional Fees | | | 1,675.40 | 98,643.46 |
| | | | Second Fee Application Allowances | | | | |
| | | | Fees                          1,657.50 | 3410-000 | | | |
| | | | Expenses                      17.90 | 3420-000 | | | |
| 07/29/13 | 030002 | Alan D. Lasko | third apploication for Fees | | | 6,196.74 | 92,446.72 |
| | | | Fees                          6,192.00 | 3410-000 | | | |
| | | | Expenses                      4.74 | 3420-000 | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 149.15 | 92,297.57 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 139.11 | 92,158.46 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.61 | 92,025.85 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.82 | 91,889.03 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.21 | 91,756.82 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.41 | 91,620.41 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.22 | 91,484.19 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 122.85 | 91,361.34 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 135.83 | 91,225.51 |
| 05/01/14 | 16 | Adrian & Florina Tudor | Taxi Corporation Sales | 1129-000 | 280,000.00 | | 371,225.51 |
| | | | Page Subtotals | | 381,448.19 | 10,222.68 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Ver: 18.03b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-55970  -SPS |
| Case Name: | TUDOR, ADRIAN L |
| | TUDOR, FLORINA M |
| Taxpayer ID No: | *******7193 |
| For Period Ending: | 01/28/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8232  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 131.25 | 371,094.26 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 551.60 | 370,542.66 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 533.10 | 370,009.56 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 550.12 | 369,459.44 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 549.29 | 368,910.15 |
| 12/15/14 | 030003 | Alan D. Lasko & Associates, P.C. | Professional Fees | 3410-000 | | 1,780.90 | 367,129.25 |
| | | | Fee Application Allowances  2 December 2014 | | | | |
| 12/15/14 | 030004 | Alan D. Lasko | Professional Expenses | 3420-000 | | 16.10 | 367,113.15 |
| | | | Per 2 December 2014 Order | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 381,448.19 | 14,335.04 | 367,113.15 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 101,448.19 | 0.00 | |
| | | Subtotal | 280,000.00 | 14,335.04 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 280,000.00 | 14,335.04 | |

Page Subtotals　　　0.00　　　4,112.36

LFORM24

Ver: 18.03b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit B

| Case No: | 05-55970  -SPS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | TUDOR, ADRIAN L | | Bank Name: | BANK OF AMERICA, N.A. |
| | TUDOR, FLORINA M | | Account Number / CD #: | *******6379  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7193 | | | |
| For Period Ending: | 01/28/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/06 | 20 | Ford Motor Credit Company | Refund of overpayment | 1290-000 | 847.08 | | 847.08 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.35 | | 847.43 |
| 09/20/06 | 20 | Ford Motor Credit Company | Refund of overpayment | 1290-000 | 862.36 | | 1,709.79 |
| 09/28/06 | 20 | Ford Motor Credit Company | Refund of overpayment | 1290-000 | 854.65 | | 2,564.44 |
| 09/28/06 | 20 | Ford Motor Credit Company | Refund of overpayment | 1290-000 | 860.66 | | 3,425.10 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.83 | | 3,425.93 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.87 | | 3,428.80 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.82 | | 3,431.62 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.91 | | 3,434.53 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.93 | | 3,437.46 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.64 | | 3,440.10 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.92 | | 3,443.02 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.83 | | 3,445.85 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.93 | | 3,448.78 |
| 06/14/07 | | Transit Funding | In trust for corporations | | 100,000.00 | | 103,448.78 |
| | 16 | TRANSIT FUNDING | Memo Amount:         1,000.00 | 1180-000 | | | |
| | | | Non-estate settlement proceeds | | | | |
| | 16 | TRANSIT FUNDING | Memo Amount:       99,000.00 | 1129-000 | | | |
| | | | Sale of interest in corporation | | | | |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 57.62 | | 103,506.40 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 87.91 | | 103,594.31 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 87.98 | | 103,682.29 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 66.04 | | 103,748.33 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 66.09 | | 103,814.42 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 55.46 | | 103,869.88 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 49.66 | | 103,919.54 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 41.17 | | 103,960.71 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 24.71 | | 103,985.42 |

| | | | Page Subtotals | | 103,985.42 | 0.00 | |

LFORM24

Ver: 18.03b

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-55970 -SPS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | TUDOR, ADRIAN L | Bank Name: | BANK OF AMERICA, N.A. |
| | TUDOR, FLORINA M | Account Number / CD #: | *******6379  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7193 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 24.58 | | 104,010.00 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 21.31 | | 104,031.31 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 13.21 | | 104,044.52 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.80 | | 104,057.32 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 13.22 | | 104,070.54 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 13.22 | | 104,083.76 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.80 | | 104,096.56 |
| 10/08/08 | | Transfer to Acct #*******9857 | Bank Funds Transfer | 9999-000 | | 1,000.00 | 103,096.56 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 10.03 | | 103,106.59 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 8.45 | | 103,115.04 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 5.58 | | 103,120.62 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.74 | | 103,122.36 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.58 | | 103,123.94 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.76 | | 103,125.70 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.24 | | 103,129.94 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.38 | | 103,134.32 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.24 | | 103,138.56 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.38 | | 103,142.94 |
| 08/11/09 | | Transfer to Acct #*******9857 | Bank Funds Transfer | 9999-000 | | 16,504.00 | 86,638.94 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.91 | | 86,642.85 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.56 | | 86,646.41 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.67 | | 86,650.08 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.57 | | 86,653.65 |
| 12/10/09 | | Transfer to Acct #*******9857 | Bank Funds Transfer | 9999-000 | | 1,934.35 | 84,719.30 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.62 | | 84,722.92 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.60 | | 84,726.52 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.25 | | 84,729.77 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.60 | | 84,733.37 |

| | | | Page Subtotals | | 186.30 | 19,438.35 | |

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-55970  -SPS |
| Case Name: | TUDOR, ADRIAN L |
| | TUDOR, FLORINA M |
| Taxpayer ID No: | *******7193 |
| For Period Ending: | 01/28/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6379  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.48 | | 84,736.85 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.59 | | 84,740.44 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.49 | | 84,743.93 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.59 | | 84,747.52 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.60 | | 84,751.12 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.48 | | 84,754.60 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.60 | | 84,758.20 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.49 | | 84,761.69 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.60 | | 84,765.29 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.60 | | 84,768.89 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.65 | | 84,769.54 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.72 | | 84,770.26 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.69 | | 84,770.95 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.72 | | 84,771.67 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.70 | | 84,772.37 |
| 07/07/11 | 20 | Judy Bar Toblinka | Tax Refund | 1224-000 | 3,352.42 | | 88,124.79 |
| | | Comptroller of Illinois | | | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.73 | | 88,125.52 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 88,126.28 |
| 09/27/11 | 21 | Internal Revenue Service | Tax Refund | 1224-000 | 611.79 | | 88,738.07 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.72 | | 88,738.79 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,739.54 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 113.05 | 88,626.49 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.73 | | 88,627.22 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 109.27 | 88,517.95 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,518.70 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 109.13 | 88,409.57 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,410.32 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 115.95 | 88,294.37 |

Page Subtotals   4,008.40   447.40

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit B

| | |
|---|---|
| Case No: | 05-55970 -SPS |
| Case Name: | TUDOR, ADRIAN L |
| | TUDOR, FLORINA M |
| Taxpayer ID No: | *******7193 |
| For Period Ending: | 01/28/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6379  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/14/12 | 21 | Internal Revenue Service | Tax Refund | 1224-000 | 13,613.29 | | 101,907.66 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 101,908.41 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 112.75 | 101,795.66 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.85 | | 101,796.51 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 125.16 | 101,671.35 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.84 | | 101,672.19 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 129.17 | 101,543.02 |
| 05/17/12 | | Transfer from Acct #*******9857 | Bank Funds Transfer | 9999-000 | 319.25 | | 101,862.27 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.86 | | 101,863.13 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 129.21 | 101,733.92 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.83 | | 101,734.75 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 120.91 | 101,613.84 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.87 | | 101,614.71 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 133.26 | 101,481.45 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 101,481.67 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 33.27 | 101,448.40 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Transfer to Acct #*******9857 | Bank Funds Transfer | 9999-000 | | 0.21 | 101,448.19 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 101,448.19 | 0.00 |

|  | Page Subtotals | 13,937.76 | 102,232.13 |
|---|---|---|---|

Ver: 18.03b

FORM 2

Page:    7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 05-55970  -SPS | |
| Case Name: | TUDOR, ADRIAN L | |
| | TUDOR, FLORINA M | |
| Taxpayer ID No: | *******7193 | |
| For Period Ending: | 01/28/15 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6379  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 100,000.00 | COLUMN TOTALS | 122,117.88 | 122,117.88 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 319.25 | 120,886.75 | |
| | | Subtotal | 121,798.63 | 1,231.13 | |
| Memo Allocation Net: | 100,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 121,798.63 | 1,231.13 | |

Page Subtotals                 0.00                 0.00

Ver: 18.03b

LFORM24

Page:    8

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-55970 -SPS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | TUDOR, ADRIAN L | Bank Name: | BANK OF AMERICA, N.A. |
| | TUDOR, FLORINA M | Account Number / CD #: | *******9857  BofA - Checking Account |
| Taxpayer ID No: | *******7193 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/08 | | Transfer from Acct #*******6379 | Bank Funds Transfer | 9999-000 | 1,000.00 | | 1,000.00 |
| 10/10/08 | 003001 | Adrian and Florina Tudor | Settlement Payment with Adrian Tudo | 8500-000 | -1,000.00 | | 0.00 |
| | | c/o Horace Fox | | | | | |
| | | Lehman and Fox | | | | | |
| | | 6 East Monroe Street | | | | | |
| | | Suite 1004 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 08/11/09 | | Transfer from Acct #*******6379 | Bank Funds Transfer | 9999-000 | 16,504.00 | | 16,504.00 |
| 08/11/09 | 003002 | Illinois Department of Revenue | State Taxes | 2810-000 | | 3,220.00 | 13,284.00 |
| 08/11/09 | 003003 | Internal Revenue Service | Federal Taxes | 2810-000 | | 13,284.00 | 0.00 |
| 12/10/09 | | Transfer from Acct #*******6379 | Bank Funds Transfer | 9999-000 | 1,934.35 | | 1,934.35 |
| 12/10/09 | 003004 | Aland D. Lasko | Professional Fees | | | 1,934.35 | 0.00 |
| | | | Interim Accountant's Fees for doing tax returns | | | | |
| | | | Fees            1,917.00 | 3410-000 | | | |
| | | | Expenses            17.35 | 3420-000 | | | |
| 09/01/10 | | United States Treasury | Tax Refund | 2810-000 | | -322.06 | 322.06 |
| | | I.R.S. | | | | | |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.41 | 321.65 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.40 | 321.25 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.40 | 320.85 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.42 | 320.43 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.38 | 320.05 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.39 | 319.66 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.41 | 319.25 |
| 05/17/12 | | Transfer to Acct #*******6379 | Bank Funds Transfer | 9999-000 | | 319.25 | 0.00 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.21 | -0.21 |
| 08/09/12 | | Transfer from Acct #*******6379 | Bank Funds Transfer | 9999-000 | 0.21 | | 0.00 |

Page Subtotals                18,438.56                18,438.56

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

LFORM24

Ver: 18.03b

FORM 2                                                                                              Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-55970 -SPS |
| Case Name: | TUDOR, ADRIAN L |
| | TUDOR, FLORINA M |
| Taxpayer ID No: | *******7193 |
| For Period Ending: | 01/28/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9857  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 18,438.56 | 18,438.56 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 19,438.56 | 319.25 | |
| Memo Allocation Net: | 0.00 | Subtotal | -1,000.00 | 18,119.31 | |
| | | Less:  Payments to Debtors | | 1,000.00 | |
| | | Net | -1,000.00 | 17,119.31 | |
| Total Allocation Receipts: | 100,000.00 | | NET DISBURSEMENTS | ACCOUNT |
| Total Allocation Disbursements: | 0.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | | BALANCE |
| Total Memo Allocation Net: | 100,000.00 | Checking Account - *******8232 | 280,000.00 | 14,335.04 | 367,113.15 |
| | | Money Market Account (Interest Earn - *******6379 | 121,798.63 | 1,231.13 | 0.00 |
| | | BofA - Checking Account - *******9857 | -1,000.00 | 17,119.31 | 0.00 |
| | | | ------------------- | ------------------- | ------------------- |
| | | | 400,798.63 | 32,685.48 | 367,113.15 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00              0.00

| | EXHIBIT C | | |
|---|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | | Date: January 28, 2015 |

Case Number:  05-55970  
Debtor Name:  TUDOR, ADRIAN L  
Claims Bar Date: 08/16/06

Claim Class, Priority Sequence

Joint Debtor: TUDOR, FLORINA M

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000026 001 3110-00 | JENNER & BLOCK LLP 353 North Clark Street Chicago, IL 60654-3456 | Administrative | | $0.00 | $81,135.00 | $81,135.00 |
| 000027 001 3120-00 | JENNER & BLOCK LLP 353 North Clark Street Chicago, IL 60654-3456 | Administrative | | $0.00 | $3,671.90 | $3,671.90 |
| 000001 070 7100-90 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | Unsecured | Filed 05/26/06 | $0.00 | $2,902.00 | $2,902.00 |
| 000002 070 7100-90 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | Unsecured | Filed 05/26/06 | $0.00 | $11,638.54 | $11,638.54 |
| 000003 070 7100-90 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | Unsecured | Filed 05/26/06 | $0.00 | $3,966.29 | $3,966.29 |
| 000004 070 7100-90 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 05/31/06 | $0.00 | $2,902.40 | $2,902.40 |
| 000005 070 7100-90 | SMC c/o HSBC Bank Nevada NA - Carson Pirie Scott BOX 19249 SUGARLAND TX 77496 | Unsecured | Filed 05/31/06 | $0.00 | $5,350.68 | $5,350.68 |
| 000006 070 7100-90 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Unsecured | Filed 06/01/06 | $0.00 | $13,886.71 | $13,886.71 |
| 000007 070 7100-90 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Unsecured | Filed 06/01/06 | $0.00 | $4,134.61 | $4,134.61 |
| 000008 070 7100-90 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Unsecured | Filed 06/01/06 | $0.00 | $2,522.28 | $2,522.28 |
| 000009 070 7100-90 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Unsecured | Filed 06/01/06 | $0.00 | $978.42 | $978.42 |

| | EXHIBIT C | | |
|---|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | | Date: January 28, 2015 |

Case Number:  05-55970

Debtor Name:  TUDOR, ADRIAN L

Claims Bar Date: 08/16/06

Claim Class, Priority Sequence

Joint Debtor: TUDOR, FLORINA M

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010 070 7100-90 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Unsecured | Filed 06/01/06 | $0.00 | $5,465.73 | $5,465.73 |
| 000011 070 7100-90 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 06/01/06 | $0.00 | $50,058.87 | $50,058.87 |
| 000012 070 7100-90 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 06/05/06 | $0.00 | $11,881.42 | $11,881.42 |
| 000013 070 7100-90 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 06/05/06 | $0.00 | $2,233.28 | $2,233.28 |
| 000014 070 7100-00 | Lord & Taylor 111 Boulder Industrial Dr Bridgeton MO 63044 | Unsecured | Filed 06/06/06 | $0.00 | $733.78 | $733.78 |
| 000015A 070 7100-00 | Dell Financial Services, L.P. 12234B North I-35 Austin, Texas 78753-1705 | Unsecured | Filed 07/24/06 | $0.00 | $2,210.20 | $2,210.20 |
| 000015B 070 7100-00 | Dell Financial Services, L.P. 12234B North I-35 Austin, Texas 78753-1705 | Unsecured | Filed 07/24/06 | $0.00 | $200.00 | $200.00 |
| 000016 070 7100-00 | GREAT AMERICAN FINANCE CO. 205 W. WACKER DR.CHICAG | Unsecured | Filed 07/26/06 | $0.00 | $1,119.76 | $1,119.76 |
| 000017 070 7100-00 | Transit Funding Group LLC Michael Tannen/Law Offices of Michael Murphy Tannen, P.C. 39 S. LaSalle Street, Suite 905 Chicago IL 60603 | Unsecured | Filed 08/08/06 | $0.00 | $359,319.00 | $0.00 |
| 000018 070 7100-00 | Transit Funding Group LLC Michael Tannen/Law Offices of Michael Murphy Tannen, P.C. 39 S. LaSalle Street, Suite 905 Chicago IL 60603 | Unsecured | Filed 08/08/06 | $0.00 | $1,629,609.47 | $0.00 |
| 000019 070 7100-00 | Citibank (South Dakota), N.A. Citibank/Choice Exception Payment Processing Pob 6305 The Lakes NV 88901 | Unsecured | Filed 08/09/06 | $0.00 | $16,932.15 | $16,932.15 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: January 28, 2015 |

Case Number:    05-55970                                    Claim Class, Priority Sequence
Debtor Name:    TUDOR, ADRIAN L                             Joint Debtor: TUDOR, FLORINA M
Claims Bar Date: 08/16/06

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000020<br>070<br>7100-00 | Citibank (USA) NA<br>Pob 182149<br>Columbus OH 43218 | Unsecured | Filed 08/11/06 | $0.00 | $7,727.35 | $7,727.35 |
| 000021<br>070<br>7100-00 | Citibank (USA) NA<br>Pob 182149<br>Columbus OH 43218 | Unsecured | Filed 08/11/06 | $0.00 | $16,399.00 | $16,399.00 |
| 000022<br>070<br>7100-00 | Schneider Finance<br>POB 2750<br>Green Bay, WI 54306 | Unsecured | Filed 08/15/06 | $0.00 | $767,692.96 | $767,692.96 |
| 000023<br>070<br>7100-90 | MBNA America Bank NA<br>Mailstop DE5-014-02-03<br>Pob 15168<br>Wilmington DE 19850 | Unsecured | Filed 08/15/06 | $0.00 | $39,403.11 | $39,403.11 |
| 000024<br>080<br>7200-00 | eCAST Settlement Corporation<br>assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | Filed 04/15/08 | $0.00 | $9,017.65 | $9,017.65 |
| | Case Totals: | | | $0.00 | $3,053,092.56 | $1,064,164.09 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-55970 SPS
Case Name: TUDOR, ADRIAN L
              TUDOR, FLORINA M
Trustee Name: RONALD R. PETERSON

         **Balance on hand**                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Other: JENNER & BLOCK LLP | $ | $ | $ |

         Total to be paid for chapter 7 administrative expenses        $_____

         Remaining Balance                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

         Allowed priority claims are:

NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | $ | $ | $ |
| 000002 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | $ | $ | $ |
| 000003 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | $ | $ | $ |
| 000004 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ | $ | $ |
| 000005 | SMC c/o HSBC Bank Nevada NA - Carson Pirie Scott BOX 19249 SUGARLAND TX 77496 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ | $ | $ |
| 000007 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ | $ | $ |
| 000008 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ | $ | $ |
| 000009 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ | $ | $ |
| 000010 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ | $ | $ |
| 000011 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000012 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000013 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000014 | Lord & Taylor<br>111 Boulder Industrial Dr<br>Bridgeton MO 63044 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000015A | Dell Financial Services, L.P. 12234B North I-35 Austin, Texas 78753-1705 | $ | $ | $ |
| 000015B | Dell Financial Services, L.P. 12234B North I-35 Austin, Texas 78753-1705 | $ | $ | $ |
| 000016 | GREAT AMERICAN FINANCE CO. 205 W. WACKER DR.CHICAG | $ | $ | $ |
| 000019 | Citibank (South Dakota), N.A. Citibank/Choice Exception Payment Processing Pob 6305 The Lakes NV 88901 | $ | $ | $ |
| 000020 | Citibank (USA) NA Pob 182149 Columbus OH 43218 | $ | $ | $ |
| 000021 | Citibank (USA) NA Pob 182149 Columbus OH 43218 | $ | $ | $ |
| 000022 | Schneider Finance POB 2750 Green Bay, WI 54306 | $ | $ | $ |
| 000023 | MBNA America Bank NA Mailstop DE5-014-02-03 Pob 15168 Wilmington DE 19850 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors          $_____

Remaining Balance          $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE