# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                              §
                                    §
TUDOR, ADRIAN L                     §       Case No. 05-55970 TAB
TUDOR, FLORINA M                    §
                                    §
                                    §
        Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
              CLERK OF THE U.S. BANKRUPTCY COURT
              KENNETH S. GARDNER
              219 S. Dearborn St.
              Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/15/2015 in Courtroom 613,
              UNITED STATES BANKRUPTCY COURT
              219 S. Dearborn St.
              Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/12/2015                By: UNITED STATES BANKRUPTCY
_____                   COURT
                                       _____
                                                                 Clerk


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
TUDOR, ADRIAN L § Case No. 05-55970 TAB
TUDOR, FLORINA M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 401,798.63 |
| and approved disbursements of | $ | 34,685.48 |
| leaving a balance on hand of[1] | $ | 367,113.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 23,289.93 | $ 0.00 | $ 23,289.93 |
| Trustee Expenses: RONALD R. PETERSON | $ 822.82 | $ 0.00 | $ 822.82 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 81,135.00 | $ 0.00 | $ 81,135.00 |
| Other: JENNER & BLOCK LLP | $ 3,671.90 | $ 0.00 | $ 3,671.90 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 108,919.65 |
| Remaining Balance | $ | 258,193.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 970,339.54 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | $ 2,902.00 | $ 0.00 | $ 772.18 |
| 000002 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | $ 11,638.54 | $ 0.00 | $ 3,096.85 |
| 000003 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | $ 3,966.29 | $ 0.00 | $ 1,055.37 |
| 000004 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 2,902.40 | $ 0.00 | $ 772.29 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | SMC c/o HSBC Bank Nevada NA - Carson Pirie Scott<br>BOX 19249<br>SUGARLAND TX 77496 | $ 5,350.68 | $ 0.00 | $ 1,423.74 |
| 000006 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ 13,886.71 | $ 0.00 | $ 3,695.06 |
| 000007 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ 4,134.61 | $ 0.00 | $ 1,100.16 |
| 000008 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ 2,522.28 | $ 0.00 | $ 671.14 |
| 000009 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ 978.42 | $ 0.00 | $ 260.34 |
| 000010 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ 5,465.73 | $ 0.00 | $ 1,454.35 |
| 000011 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 50,058.87 | $ 0.00 | $ 13,319.95 |
| 000012 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 11,881.42 | $ 0.00 | $ 3,161.48 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 2,233.28 | $ 0.00 | $ 594.24 |
| 000014 | Lord & Taylor<br>111 Boulder Industrial Dr<br>Bridgeton MO 63044 | $ 733.78 | $ 0.00 | $ 195.25 |
| 000015A | Dell Financial Services, L.P.<br>12234B North I-35<br>Austin, Texas 78753-1705 | $ 2,210.20 | $ 0.00 | $ 588.10 |
| 000015B | Dell Financial Services, L.P.<br>12234B North I-35<br>Austin, Texas 78753-1705 | $ 200.00 | $ 0.00 | $ 53.22 |
| 000016 | GREAT AMERICAN FINANCE CO. 205 W. WACKER DR.CHICAG | $ 1,119.76 | $ 0.00 | $ 297.95 |
| 000019 | Citibank (South Dakota), N.A.<br>Citibank/Choice Exception Payment Processing<br>Pob 6305<br>The Lakes NV 88901 | $ 16,932.15 | $ 0.00 | $ 4,505.40 |
| 000020 | Citibank (USA) NA<br>Pob 182149<br>Columbus OH 43218 | $ 7,727.35 | $ 0.00 | $ 2,056.14 |
| 000021 | Citibank (USA) NA<br>Pob 182149<br>Columbus OH 43218 | $ 16,399.00 | $ 0.00 | $ 4,363.54 |
| 000022 | Schneider Finance<br>POB 2750<br>Green Bay, WI 54306 | $ 767,692.96 | $ 0.00 | $ 204,272.14 |
| 000023 | MBNA America Bank NA<br>Mailstop DE5-014-02-03<br>Pob 15168<br>Wilmington DE 19850 | $ 39,403.11 | $ 0.00 | $ 10,484.61 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 258,193.50 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 9,017.65 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | $ 9,017.65 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 05-55970-TAB
Adrian L Tudor                                                            Chapter 7
Florina Tudor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: driddick              Page 1 of 2            Date Rcvd: Mar 13, 2015
                               Form ID: pdf006             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2015.
```
db             #+Adrian L Tudor,    46 James Ct,    Glenview, IL 60025-4841
jdb            #+Florina Tudor,    46 James Ct,    Glenview, IL 60025-4841
10704854        +American Express,    Pob 29-7879,    Ft Lauderdale FL 33329-7879
10704852        +American Express,    Pob 36002,    Ft Lauderdale FL 33336-0001
10704853        +American Express,    Pob 804247,    Chicago IL 60680-4104
10491280        +American Express Bank, FSB,    Pob 3001,    Malvern PA 19355-0701
10491281        +American Express Bank, FSB,    c/o Becket & Lee LLP,    Pob 3001,    Malvern PA 19355-0701
10474961        +American Express Centurion Bank,    Pob 3001,    Malvern PA 19355-0701
10761973         American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10491274        +American Home Mortgage,    POB 631730,    Irving, TX 75063-0002
10474962        +Bloomingdales,    9111 Duke Blvd,    Mason OH 45040-8999
10474976       ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court:     Providian Mastercard,    PO Box 660487,    Dallas TX 75266)
10474968       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:     Citi Cards,   PO Box 5000,    THe Lakes NV 89163)
10474963        +Capital One Bank,    PO Box 790216,    St Louis MO 63179-0216
10474964         Carson Pirie Scott,    PO Box 10298,    Jackson MS 39289-0298
10474965         Chase,   PO Box 15621,    Wilmington DE 19886-5651
10474966        +Chase Cardmember service,    PO Box 15153,    Wilmington DE 19886-5153
10491282        +Citi Cards,    POB 6921,   The Lakes, NV 88901-6921
10491283        +Citi Cards,    POB 894904,    Los Angeles, CA 90189-4904
10474967        +Citibank (South Dakota), N.A.,    Citibank/Choice,    Exception Payment Processing,    Pob 6305,
                 The Lakes NV 88901-6305
10474960         Creditors,    IRS,   Cincinnati OH 45999-0102
10832636       ++DELL FINANCIAL SERVICES,     P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:     Dell Financial Services, L.P.,    12234B North I-35,
                 Austin, Texas 78753-1705)
10474970        +Delll Financial Services,    PO Box 5292,    Carol Stream IL 60197-5292
10474971        +Dept of Hsg & Urban Dev,    451 7th St SW,    Washington DC 20410-0002
10491275        +Ford Credit,    POB 220564,    Pittsburg, PA 15257-2564
10491284        +MBNA,   POB 15286,    Wilmington, DE 19886-0001
10474974         MBNA America Bank NA,    Mailstop DE5-014-02-03,    Pob 15168,    Wilmington DE 19850
10474973        +Marshall Fields Credit/7a41,    300 Sheffield Cent,    Lorain OH 44055-3129
10491277        +Medallion Funding,    1149 44th Drive,    Long Island City, New York 11101-5107
10491279        +Michael Tannen,    39 S LaSalle #905,    Chicago, IL 60603-1242
10740037        +Northwestern Memorial Hospital,    991 Oak Creek Dr,    Lombard IL 60148-6408
10755879        +SMC c/o HSBC Bank Nevada NA - Carson Pirie Scott,     BOX 19249,    SUGARLAND TX 77496-9249
10491285        +Schneider Finance,    POB 2750,    Green Bay, WI 54306-2750
10474977         Sears,   POB 182149,    Columbus OH 43218-2149
10491276        +Sherman and Sherman/Ford,    POB 2142,    Chicago, IL 60690-2142
10491278        +Transit Funding Group LLC,    Michael Tannen/Law Offices of,    Michael Murphy Tannen, P.C.,
                 39 S. LaSalle Street, Suite 905,    Chicago IL 60603-1242
10740036        +Veronica Corn and Jennifer A S,    5641 W Higgins,    Chicago IL 60630-2001
12142299         eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
                 Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10758103        +E-mail/Text: bncmail@w-legal.com Mar 14 2015 00:58:18      Chase Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
10474972         E-mail/PDF: mrdiscen@discover.com Mar 14 2015 00:56:01      Discover,    PO Box 30395,
                 Salt Lake City UT 84130-03
10752044         E-mail/PDF: mrdiscen@discover.com Mar 14 2015 00:56:01
                 Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard OH 43026
10763583        +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2015 00:50:22      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Ste 1120,    Miami, FL 33131-1605,
                 Attn: Ramesh Singh
10740038         E-mail/Text: cio.bncmail@irs.gov Mar 14 2015 00:57:35
                 Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                 P O Box 21126,    Philadelphia, PA 19114
20706973         E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2015 00:50:38
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 6
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty              Jenner & Block LLP
10836526         GREAT AMERICAN FINANCE CO. 205 W. WACKER DR.CHICAG
```

```
District/off: 0752-1           User: driddick              Page 2 of 2                   Date Rcvd: Mar 13, 2015
                               Form ID: pdf006             Total Noticed: 44

10755635*        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10758223*        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10758222*        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10474969*       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Citibank (USA) NA,    Pob 182149,    Columbus OH 43218)
10474975       ##+Nationwide Credit Inc,    4740 N State Rd 7 Ste 108,    Lauderdale Lake FL 33319-5839
                                                                                         TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2015 at the address(es) listed below:
```
              Andrew S. Nicoll    on behalf of Trustee Ronald R Peterson anicoll@jenner.com
              Beth A Lehman    on behalf of Joint Debtor Florina  Tudor blehman@lehmanfox.com
              Beth A Lehman    on behalf of Debtor Adrian L Tudor blehman@lehmanfox.com
              Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company shermlaw13@aol.com
              Clay Mosberg    on behalf of Creditor    Great American Finance cmosberg@fallaw.com,
               tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
              Gloria C  Tsotsos    on behalf of Creditor    American Home Mortgage Servicing, Inc.
               nd-two@il.cslegal.com
              Horace  Fox, JR    on behalf of Joint Debtor Florina  Tudor foxhorace@aol.com,
               mmedina@lehmanfox.com
              Horace  Fox, JR    on behalf of Debtor Adrian L Tudor foxhorace@aol.com,  mmedina@lehmanfox.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter L Berk    on behalf of Creditor    Medallion Funding Corporation plberk@berklegal.com,
               hmilman@berklegal.com
              Peter L Berk    on behalf of Creditor    Freshstart Venture Capital Corporation
               plberk@berklegal.com,  hmilman@berklegal.com
              Peter L Berk    on behalf of Creditor    Medallion Funding Chicago Corporation plberk@berklegal.com,
               hmilman@berklegal.com
              Ronald  Peterson    on behalf of Accountant    Alan D Lasko & Associates P.C. rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald R Peterson     rpeterson@jenner.com,   rpeterson@ecf.epiqsystems.com;docketing@jenner.com
              Tejal S. Desai    on behalf of Creditor    Transit Funding Group LLC tpatel@tannenlaw.com,
               blanglois@llflegal.com
              Tejal S. Desai    on behalf of Creditor    Schneider Finance, Inc. tpatel@tannenlaw.com,
               blanglois@llflegal.com
                                                                                            TOTAL: 17
```