UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 05bk55970 |
| ADRIAN L. TUDOR | ) | |
| FLORINA TUDOR, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JENNER & BLOCK LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 81,135.00 | TOTAL COSTS REQUESTED: | $ 3,671.90 |
| TOTAL FEES REDUCED: | $ 8,941.75 | TOTAL COSTS REDUCED: | $ 113.86 |
| TOTAL FEES ALLOWED: | $ 72,193.25 | TOTAL COSTS ALLOWED: | $ 3,558.04 |

**TOTAL FEES AND COSTS ALLOWED: $ 75,751.29**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)   **Reimbursement Limited to Actual, Necessary Expenses – TOTAL of disallowed amounts: $ 49.00**

   The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. In-city transportation costs to court were not a necessary expense of the estate.

(2)   **Meal Expenses – TOTAL of disallowed amounts: $ 64.86**

   The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) (Sonderby, J.) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the [client] . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

(3)   **Unauthorized Work – TOTAL of disallowed amounts $ 7,885.00**

   The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention

because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr.N.D.Ill.1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

(4)     **Improper Time Increments for Billing – TOTAL of disallowed amounts: $ 826.75**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who always or almost always bill time using half-hour increments risk the ten percent penalty.

(5)     **No Benefit to the Estate – TOTAL of disallowed amounts: $ 230.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney would spend little to no time in a case and, in this case, bills mostly for conferences with little substantive work produced, does not benefit the estate.

Dated: April 15, 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## DISBURSEMENTS

| Date | Description | Amount | |
|---|---|---|---|
| 4/6/2006 | Pacer Service Center Charges | .48 | |
| 4/6/2006 | Pacer Service Center Charges | .72 | |
| 4/10/2006 | In-City Transportation | 12.00 | (1) |
| 6/14/2006 | Other - Fees to obtain copy of Deed | 5.00 | |
| 8/28/2006 | Special Messenger Service | 100.00 | |
| 8/29/2006 | Postage Expense | 16.74 | |
| 8/29/2006 | Photocopy Expense | 44.73 | |
| 9/12/2006 | In-City Transportation | 12.00 | (1) |
| 9/28/2006 | Photocopy Expense | 62.46 | |
| 9/29/2006 | Photocopy Expense | 311.04 | |
| 9/29/2006 | Postage Expense | 181.80 | |
| 12/14/2006 | Postage Expense | 35.28 | |
| 12/14/2006 | Photocopy Expense | 54.45 | |
| 1/5/2007 | In-City Transportation - A. Scott | 11.00 | (1) |
| 5/16/2008 | Meeting conducted by A. Nicoll - Attendance: 4 | 12.81 | (2) |
| 8/22/2008 | CSC - Filing Fee for 2007 and 2008 Illinois Annual Reports and Illinois Reinstatement re Pisces Inc. - 8/22/2008 | 458.18 | |
| 8/22/2008 | CSC - Filing Fee for 2007 and 2008 Illinois Annual Reports and Illinois Reinstatement re Pisces Inc. - 8/22/2008 | 395.50 | |
| 8/22/2008 | CSC - Filing Fee for 2007 and 2008 Illinois Annual Reports and Illinois Reinstatement re Cancer Inc. - 8/22/2008 | 435.15 | |
| 8/22/2008 | CSC - Filing Fee for 2007 and 2008 Illinois Annual Reports and Illinois Reinstatement re Cancer Inc. - 8/22/2008 | 389.50 | |
| 8/25/2008 | Photocopy Expense | .84 | |
| 8/26/2008 | Cook County Recorder of Deeds Recording Fee - 8/26/2008 | 76.00 | |
| 10/14/2008 | Photocopy Expense | 2.64 | |
| 10/31/2008 | In-City Transportation - A. McCann - Roundtrip cab fare to Court - 10/31/2008; A. Nicoll - Roundtrip cab fare to Court - 10/21/08 | 14.00 | (1) |
| 7/6/2009 | Pacer Service Center Charges - 7/6/2009 | 6.08 | |
| 11/10/2009 | Photocopy Expense | 7.80 | |
| 1/25/2013 | Photocopy Expense | 1.20 | |
| 1/28/2013 | Photocopy Expense | 3.00 | |
| 2/7/2013 | Client Meeting conducted by J. Knapp - Attendance: 5 | 37.15 | (2) |
| 6/24/2013 | Photocopy Expense | 4.30 | |
| 6/26/2013 | Postage Expense | 147.42 | |
| 6/26/2013 | Document Technologies Inc. - Blow Back B&W 8.5x11 requested by J. Knapp | 280.00 | |
| 6/27/2013 | Photocopy Expense | 6.60 | |
| 8/30/2013 | Document Technologies Inc. - Color Copy 8.5x11 requested by J. Knapp | 4.32 | |

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
353 N. CLARK STREET<br>
CHICAGO, ILLINOIS 60654-3456<br>
(312) 222-9350

Page 2

| Date | Description | Amount | |
|---|---|---:|---|
| 9/12/2013 | Postage Expense | 1.98 | |
| 9/25/2013 | Document Technologies Inc. - Blow Back B&W 8.5x11 requested by J. Knapp | 51.20 | |
| 9/25/2013 | Document Technologies Inc. - B&W Copy 8.5x11 requested by J. Knapp | 4.40 | |
| 9/25/2013 | <u>Deposition conducted by J. Knapp - Attendance: 5</u> | <u>14.90</u> | (2) |
| 9/26/2013 | Esquire Deposition Solutions, LLC - Court Reporter Charge - Deposition of A. Tudor | 102.00 | |
| 5/22/2014 | Document Technologies, Inc. - Blow Back B&W 8.5x11 requested by L. Yap | 91.96 | |
| 11/5/2014 | Postage Expense | 82.88 | |
| 11/5/2014 | Photocopy Expense | 192.39 | |
| | TOTAL DISBURSEMENTS | $3,671.90 | |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

U.S. TRUSTEE - NO ASSET  
C/O RONALD R. PETERSON, TRUSTEE  
JENNER & BLOCK LLP  
353 NORTH CLARK STREET  
CHICAGO, IL 60654-3456

INVOICE # 9314147

JANUARY 5, 2015

FOR PROFESSIONAL SERVICES RENDERED  
THROUGH DECEMBER 31, 2014

ADRIAN L. TUDOR AND FLORINA M. TUDOR  
CHAPTER 7 BANKRUPTCY

| Date | Atty | Hours | | Description | Amount | |
|---|---|---|---|---|---|---|
| 3/2/2006 | ASNX | 1.50 | — | Drafted letter to debtors' counsel re turnover of taxis. | 375.00 | (3) |
| 3/2/2006 | ASNX | 1.50 | — | Conducted initial corporate and UCC searches. | 375.00 | (3) |
| 3/2/2006 | ASNX | 3.50 | — | Reviewed insurance information. | 875.00 | (3) |
| 3/6/2006 | ASNX | 0.50 | — | Participated in conference call with M. Tannen re lifting the automatic stay. | 125.00 | (3) |
| 3/7/2006 | ASNX | 1.20 | — | Appeared at hearing re lifting the automatic stay. | 300.00 | (3) |
| 3/8/2006 | ASNX | 4.50 | — | Researched Tudor's corporate holdings, UCC filings, insurance information, and taxi VIN numbers. | 1,125.00 | (3) |
| 3/9/2006 | CKCX | 4.50 | — | Updated spreadsheets per A. Nicoll's request. | 540.00 | (3) |
| 3/9/2006 | ASNX | 0.80 | — | Researched UCC filings and VIN nos. | 200.00 | (3) |
| 3/10/2006 | CKCX | 3.50 | — | Updated spreadsheet per A. Nicoll's request. | 420.00 | (3) |
| 3/15/2006 | ASNX | 3.10 | — | Compiled information re Tudors' corporations and taxis. | 775.00 | (3) |
| 4/4/2006 | ASNX | 0.30 | — | Participated in call with M. Tannen re settlement with Tudors. | 75.00 | (3) |
| 4/4/2006 | ASNX | 1.00 | — | Researched perfection of security interests in taxis. | 250.00 | (3) |
| 4/5/2006 | ASNX | 1.30 | — | Appeared in court on Ford's motion to lift stay. | 325.00 | (3) |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| Date | Atty | Hours | | Description | Amount | |
|---|---|---|---|---|---|---|
| 4/5/2006 | ASNX | 0.80 | — | Researched perfection of security interest in taxis. | 200.00 | (3) |
| 4/25/2006 | ASNX | 0.80 | — | Office conference with R. Peterson re revoking discharge. | 200.00 | (3) |
| 4/26/2006 | ASNX | 2.00 | — | Called City of Chicago re ownership of medallions; drafted subpoena re same. | 500.00 | (3) |
| 4/27/2006 | ASNX | 1.50 | — | Prepared letter to Tudor demanding an accounting and remittance of revenue. | 375.00 | (3) |
| 5/1/2006 | ASNX | 1.70 | — | Drafted letter demanding turnover and accounting. | 425.00 | (3) |
| 5/1/2006 | ASNX | 1.00 | — | Drafted subpoena on City of Chicago re Tudor taxicab medallions. | 250.00 | (3) |
| 5/1/2006 | ASNX | 0.70 | — | Participated in office conference with R. Peterson re Tudor subpoena on City of Chicago and turnover and accounting demand. | 175.00 | (3) |
| 5/30/2006 | EAKX | 1.40 | | Drafted motion to retain Jenner & Block. | 322.00 | |
| 6/7/2006 | ASNX | 2.50 | | Reviewed cases cited in Tudor pleading re liquidating interest in corporations. | 625.00 | |
| 6/7/2006 | ASNX | 2.50 | | Researched ownership issues re Tudor's real property. | 625.00 | |
| 6/13/2006 | ASNX | 1.50 | | Drafted and revised Tudor subpoena. | 375.00 | |
| 6/22/2006 | ASNX | 1.00 | | Revised 2004 subpoena. | 250.00 | |
| 8/1/2006 | BMX | 4.50 | — | Read case law re trustee rights to non-debtor corporate assets. | 540.00 | (4) |
| 8/3/2006 | ASNX | 0.50 | | Participated in office conference with B. Mikulencak re motion to compel turnover of assets. | 125.00 | |
| 8/3/2006 | ASNX | 1.10 | | Researched motion to compel turnover of assets. | 275.00 | |
| 8/3/2006 | BMX | 4.00 | — | Drafted memorandum re trustee right to corporate assets. | 480.00 | (4) |
| 8/4/2006 | ASNX | 0.70 | | Reviewed and revised B. Mikulencak memorandum re turnover of non-debtor corporate assets. | 175.00 | |
| 8/4/2006 | BMX | 4.00 | — | Drafted memorandum re trustee right to corporate assets. | 480.00 | (4) |
| 8/7/2006 | ASNX | 0.50 | | Participated in office conference with B. Mikulencak re motion for turnover of assets. | 125.00 | |

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
353 N. CLARK STREET<br>
CHICAGO, ILLINOIS 60654-3456<br>
(312) 222-9350

Page 4

| Date | Atty | Hours | | Description | Amount | |
|---|---|---|---|---|---|---|
| 8/7/2006 | BMX | 3.50 | — | Revised motion to compel turnover of corporate assets. | 420.00 | (4) |
| 8/8/2006 | ASNX | 3.90 | | Drafted and revised motion for turnover of assets. | 975.00 | |
| 8/8/2006 | BMX | 3.00 | — | Researched case law re Rule 2004 examination of corporate assets; prepared memorandum re same. | 360.00 | (4) |
| 8/9/2006 | BMX | 3.00 | — | Edited motion to compel turnover of corporate assets. | 360.00 | (4) |
| 8/10/2006 | BMX | 1.50 | — | Proofread and edited motion to compel turnover of assets. | 180.00 | (4) |
| 8/14/2006 | BMX | 4.00 | — | Edited and completed motion to compel corporate assets; met with Nicole re same. | 480.00 | (4) |
| 8/15/2006 | ASNX | 5.00 | | Drafted and revised motion for turnover of corporate assets and motion for production of documents, including sections on trustee's power as sole share holder to take control of the cab companies and the inadequacy of the bankruptcy schedules. | 1,250.00 | |
| 8/15/2006 | ASNX | 1.00 | | Drafted and filed motion to retain Jenner & Block. | 250.00 | |
| 8/15/2006 | ASNX | 0.20 | | Participated in telephone call with M. Tannen re settlement of Transit Funding claims. | 50.00 | |
| 8/16/2006 | ASNX | 3.50 | | Researched turnover of assets may not be currently part of a bankruptcy estate pursuant to section 542, and drafted and revised motion for turnover of assets. | 875.00 | |
| 8/17/2006 | ASNX | 0.80 | | Participated in settlement negotiations with Transit Funding. | 200.00 | |
| 8/17/2006 | ASNX | 2.10 | | Drafted settlement agreement re Transit Funding. | 525.00 | |
| 8/17/2006 | ASNX | 2.00 | | Drafted unanimous shareholder consent to trustee takeover of cab companies. | 500.00 | |
| 8/17/2006 | ASNX | 0.50 | | Drafted email to trustee re settlement negotiations with Transit Funding. | 125.00 | |
| 8/17/2006 | ASNX | 2.00 | | Researched proper method of settling claims held by Cab Companies. | 500.00 | |
| 8/18/2006 | ASNX | 2.10 | | Per R. Peterson's instructions, revised motion for turnover and production of documents. | 525.00 | |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 8/21/2006 | ASNX | 1.50 | Drafted and revised settlement agreement with Transit Funding. | 375.00 |
| 8/21/2006 | ASNX | 1.40 | Drafted and revised per R. Peterson motion for turnover of assets. | 350.00 |
| 8/21/2006 | ASNX | 0.30 | Participated in call with M. Tannen re settlement with Transit Funding. | 75.00 |
| 8/23/2006 | ASNX | 2.50 | Per R. Peterson, revised motion for production of documents and turnover of assets to remove demand for turnover. | 625.00 |
| 8/25/2006 | ASNX | 3.50 | Drafted Tudor complaint to revoke discharge. | 875.00 |
| 8/28/2006 | ASNX | 3.50 | Finalized and prepared for filing motion for order compelling discovery from Tudor. | 875.00 |
| 8/29/2006 | MHMX | 0.40 | Reviewed and filed motion to compel production of documents. | 90.00 |
| 9/5/2006 | ASNX | 1.00 | Appeared at hearing on compelling discovery from debtor. | 250.00 |
| 9/5/2006 | ASNX | 1.00 | Participated in telephone call with M. Tannen re settlement with Ravenswood Bank (.2); revised settlement agreement with Ravenswood Bank (.8). | 250.00 |
| 9/6/2006 | ASNX | 0.30 | Participated in call with M. Tannen re settlement with Transit Funding. | 75.00 |
| 9/8/2006 | ASNX | 3.50 | Researched and drafted 9019 motion for settlement with Transit Funding. | 875.00 |
| 9/11/2006 | ASNX | 2.10 | Drafted Transit Funding Rule 9019 motion. | 525.00 |
| 9/15/2006 | ASNX | 2.60 | Revised settlement agreement per discussions with M. Tannen (.5); drafted and revised 9019 motion (2.1). | 650.00 |
| 9/18/2006 | ASNX | 1.80 | Drafted corporate minutes for shareholder and board meetings. | 450.00 |
| 9/18/2006 | ASNX | 0.80 | Revised settlement agreement per M. Tannen's instructions. | 200.00 |
| 9/18/2006 | ASNX | 2.50 | Finalized 9019 motion re Transit Funding settlement. | 625.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

| Date | Atty | Hours | | Description | Amount | |
|---|---|---|---|---|---|---|
| 9/19/2006 | EAKX | 0.30 | — | Telephone conference with M. Tannen and correspondence with A. Nicoll re settlement. | 69.00 | (5) |
| 9/19/2006 | ASNX | 0.20 | | Responded to M. Tannen's concerns re settlement agreement with Transit Funding. | 50.00 | |
| 9/20/2006 | EAKX | 0.50 | — | Office conference with R. Peterson re settlement. | 115.00 | (5) |
| 9/20/2006 | EAKX | 0.20 | — | Corresponded with A. Nicoll re settlement. | 46.00 | (5) |
| 9/28/2006 | ASNX | 1.50 | | Reviewed documents produced by Tudor companies. | 375.00 | |
| 9/29/2006 | ASNX | 3.50 | | Finalized and filed Transit Funding Rule 9019 motion. | 875.00 | |
| 10/11/2006 | ASNX | 0.30 | | Called M. Tannen re settlement and hearing on 9019 motion. | 75.00 | |
| 10/18/2006 | ASNX | 0.20 | | Participated in call with M. Tannen and R. Peterson re settlement with Transit Funding. | 50.00 | |
| 10/18/2006 | ASNX | 0.20 | | Participated in call with H. Fox re settlement with Transit Funding. | 50.00 | |
| 10/19/2006 | ASNX | 0.80 | | Drafted memorandum to H. Fox re settlement offer with the debtors to buy back their interest in their taxi companies. | 200.00 | |
| 10/25/2006 | ASNX | 1.50 | | Attended hearing on motion to approve settlement with Transit Funding (1); participated in conference with H. Fox and M. Tannen re same. (.5). | 375.00 | |
| 11/22/2006 | ASNX | 0.50 | | Drafted email to H. Fox re settlement issues. | 125.00 | |
| 12/13/2006 | ASNX | 1.50 | | Drafted sale motion for corporations. | 375.00 | |
| 12/14/2006 | ASNX | 2.00 | | Reviewed motion to sell trustee's interest in corporation (1.25); exchanged various emails with counsel for the debtors and counsel for Transit Funding (.75). | 500.00 | |
| 12/27/2006 | ASNX | 1.00 | | Reviewed motion to dismiss Transit Funding state court action. | 250.00 | |
| 1/3/2007 | ASNX | 1.50 | | Attended court hearing on motion to approve Rule 9019 settlement with Tudor. | 487.50 | |
| 1/3/2007 | ASNX | 0.50 | | Drafted and revised order to 9019 settlement motion with Tudor. | 162.50 | |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 7

| Date | Atty | Hours | | Description | Amount | |
|---|---|---|---|---|---|---|
| 1/4/2007 | ASNX | 0.80 | | Drafted revised order and transmittal letter per Court's instruction. | 260.00 | |
| 1/9/2007 | MJKX | 1.80 | | Added clauses to settlement agreement in accordance with request of creditor's counsel. | 495.00 | |
| 1/9/2007 | ASNX | 1.50 | | Revised settlement agreement. | 487.50 | |
| 1/16/2007 | ASNX | 0.50 | | Reviewed Transit Funding's revisions to the settlement agreement. | 162.50 | |
| 4/19/2007 | ASNX | 0.30 | | Reviewed and received trustee's signature on Tudor settlement agreement. | 97.50 | |
| 6/7/2007 | ASNX | 0.50 | | Emailed M. Tannen re settlement payment. | 162.50 | |
| 6/13/2007 | ASNX | 0.50 | | Researched structure of payments of settlement money. | 162.50 | |
| <u>12/14/2007</u> | <u>MEHX</u> | <u>2.50</u> | — | <u>Met with A. Nicoll and R. Peterson re transfer of shares held by trustee in certain corporations, read background documents.</u> | <u>687.50</u> | (4) |
| <u>1/15/2008</u> | <u>MEHX</u> | <u>4.50</u> | — | <u>Drafted Loan Agreement and Stock Purchase Agreement.</u> | <u>1,575.00</u> | (4) |
| <u>1/16/2008</u> | <u>MEHX</u> | <u>3.50</u> | — | <u>Drafted Loan Agreement and Stock Purchase Agreement.</u> | <u>1,225.00</u> | (4) |
| <u>1/25/2008</u> | <u>MEHX</u> | <u>0.50</u> | — | <u>Met with J. Burgdoerfer re draft documents; updated documents per comments from A. Nicoll and J. Burgdoerfer.</u> | <u>175.00</u> | (4) |
| 1/30/2008 | MEHX | 1.80 | | Met with A. Nicoll and R. Peterson; revised documents in accordance with the discussions at the meeting. | 630.00 | |
| 4/30/2008 | ASNX | 1.00 | | Drafted letter to H. Fox re settlement in Tudor. | 410.00 | |
| 5/1/2008 | ASNX | 0.50 | | Drafted letter to Tudor re settlement. | 205.00 | |
| 5/6/2008 | ASNX | 0.50 | | Participated in telephone call with M. Tannen re Tudor settlement. | 205.00 | |
| 5/14/2008 | ASNX | 0.20 | | Emailed H. Fox re conference re stock sale. | 82.00 | |
| 5/14/2008 | ASNX | 0.10 | | Emailed H. Fox re settlement agreement. | 41.00 | |
| 5/16/2008 | ASNX | 2.00 | | Revised stock purchase agreement and loan documents (1); participated in conference with Tudor and counsel re same (1). | 820.00 | |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 8

| Date | Atty | Hours | | Description | Amount | |
|---|---|---|---|---|---|---|
| 5/16/2008 | MEHX | 0.50 | — | Reviewed Illinois law related to reinstatement of a Illinois corporation; discussed issues with A. Nicoll and M. Whitchurch. | 175.00 | (4) |
| 5/16/2008 | MLWX | 0.30 | | Office conference with M. Harrison re Illinois corporation reinstatement mechanics | 78.00 | |
| 6/3/2008 | ASNX | 1.50 | | Revised stock agreement and loan agreement. | 615.00 | |
| 6/6/2008 | MEHX | 0.50 | — | Discussed reinstatement of Cancer Inc and Pisces Inc with M Whitchurch and A. Nicoll; organized preparation of documents. | 175.00 | (4) |
| 6/9/2008 | MEHX | 0.50 | — | Reviewed reinstatement documents; forwarded same to A. Nicoll. | 175.00 | (4) |
| 6/9/2008 | MLWX | 2.00 | — | Read and responded to M. Harrison email re Illinois reinstatement documents with respect to Pisces Inc. and Cancer Inc.; prepared same | 520.00 | (4) |
| 6/17/2008 | ASNX | 2.50 | | Finalized loan and stock agreements and reinstatement of LLCs. | 1,025.00 | |
| 8/20/2008 | MLWX | 0.50 | — | Read and responded to A. Nicoll email re Pisces Inc. and Cancer Inc. Illinois annual report and reinstatement filings; prepared email to Corporation Service Company attaching copies of same | 130.00 | (4) |
| 8/25/2008 | MLWX | 0.50 | — | Reviewed filed Reinstatement and Annual Report filings re Pisces Inc. and Cancer Inc.; prepared email to A. Nicoll re same; prepared memorandum to J&B Docketing Department re county recording of reinstatements | 130.00 | (4) |
| 9/23/2008 | ASNX | 0.50 | | Drafted motion to retain accountant. | 205.00 | |
| 9/24/2008 | ASNX | 0.50 | | Revised motion to retain accountant. | 205.00 | |
| 10/8/2008 | MHMX | 1.10 | | Reviewed creditor matrix and schedules and prepared list of creditors for A. Lasko conflicts review. | 286.00 | |
| 10/8/2008 | MHMX | 1.30 | | Prepared service list for service of motion to retain accountant. | 338.00 | |
| 10/8/2008 | MHMX | 1.20 | | Reviewed motion to retain accountants, prepared notice of motion, certificate of service and service of same. | 312.00 | |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 9

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/8/2008 | MJKX | 0.30 | Revised letter re sale of Tudor companies. | 105.00 |
| 10/8/2008 | ASNX | 1.00 | Prepared for closing on stock and loan agreements. | 410.00 |
| 10/10/2008 | MHMX | 0.80 | Revised and filed motion to retain accountants. | 208.00 |
| 10/10/2008 | LSR | 0.80 | Reviewed motion requesting permission to retain an accounting firm in a Chapter 13 case for A. Nicoll. | 260.00 |
| 3/30/2009 | AMA | 0.20 | Reviewed claims. | 65.00 |
| 4/2/2009 | AMA | 1.00 | Conference with R. Peterson re 3012 motion (.1); drafted same (.9). | 325.00 |
| 4/8/2009 | AMA | 0.80 | Conference with R. Peterson re 3012 motion (.1); conference with A. Nicoll re withdrawal of claim (.2); drafted withdrawal form (.3); reviewed docket re settlement agreement (.2). | 260.00 |
| 4/9/2009 | AMA | 0.30 | Revised reviewed and prepared 3012 motion for filing. | 97.50 |
| 4/10/2009 | MHMX | 1.40 | Drafted notice of motion, prepared, e-filed and served motion to determine security of claim. | 378.00 |
| 5/12/2009 | ASNX | 0.30 | Drafted letter to Transit Funding re withdrawing claims. | 145.50 |
| 5/12/2009 | LSR | 0.50 | Reviewed motion for evaluation of security for hearing. | 162.50 |
| 5/13/2009 | LSR | 1.20 | Attended hearing re valuation of security. | 390.00 |
| 11/13/2009 | AMA | 0.90 | Reviewed A. Lasko fee application and bankruptcy and local rules re same (.5); conference call with A. Lasko re same (.1); prepared same for filing (.3). | 292.50 |
| 11/16/2009 | AMA | 0.20 | Reviewed A. Lasko fee application for filing (.2). | 65.00 |
| 12/8/2009 | AMA | 1.00 | Prepared for and attended court re A. Lasko fee application. | 325.00 |
| 12/8/2009 | LSR | 0.30 | Prepared for hearing re fee application of A. Lasko. | 97.50 |
| 12/9/2009 | AMA | 0.30 | Reviewed docket re order granting A. Lasko fee application, emailed same to R. Peterson. | 97.50 |
| 7/9/2010 | JNK | 0.50 | Reviewed claims status, reviewed docket report prior 3012 motion, and court order on 3012 motion re continued existence of secured claim after order valuing claim as unsecured. | 130.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 10

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/12/2010 | JNK | 0.20 | Conferred with L. Raiford and A. Allen re conforming granted motion and order valuing security to claims register in preparation for discharge. | 52.00 |
| 7/16/2010 | JNK | 0.50 | Conferred with R. Peterson and L. Yap re order granting valuation of security and status of final report. | 130.00 |
| 11/8/2012 | JNK | 0.20 | Conferred with R. Peterson re potential unscheduled claims or assets under valued on schedules. | 59.00 |
| 11/11/2012 | JNK | 0.80 | Analyzed settlement agreement with Transport Company and estate re all known taxi medallions. | 236.00 |
| 1/23/2013 | JNK | 2.10 | Analyzed settlement agreement with Debtor, Rule 9019 motion, and spreadsheet of medallions wherein Tudors have past and current interest (1.8); conferred with R. Peterson re additional available information re medallions (.3). | 756.00 |
| 1/24/2013 | JNK | 7.20 | Analyzed settlement agreement re taxi medallions and Tudor medallion ownership records of City re potential unreported medallions (1.6); reviewed case docket and disclosures re disclosure of all Tudor medallions (1.1); analyzed motions to lift stay and voluminous exhibits of TFG and Schneider re lifted stays on Tudor medallions (4.5). | 2,592.00 |
| 1/25/2013 | JNK | 5.90 | Continued analysis of Tudor case records; settlement agreements, 9019 motions and orders; City taxi medallion records; and subpoenas to and correspondence with Debtors and City of Chicago (5.4); prepared report to R. Peterson re same (.5). | 2,124.00 |
| 1/28/2013 | JNK | 1.50 | Conducted UCC searches re Debtors and related entities (Aquarius, Aries, Capricorn, Libra, Taurus, Terra, and Virgo). | 540.00 |
| 1/29/2013 | JNK | 1.70 | Continued review of UCC search results (1.1); conducted sample UCC searches on Illinois secretary of state website (.4); telephone conference with K. Dorff re production of taxi medallion documents to Trustee (.2). | 612.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 11

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/30/2013 | JNK | 2.70 | Conferred with R. Peterson re arranging meeting with Debtor's counsel (.2); corresponded with K. Dorff at City of Chicago re taxi medallions (.2); prepared report memorandum to R. Peterson re status of medallions not accounted for in motions to lift stay (1.8); telephone conference with H. Fox re meeting to discuss medallions (.2); conferred with R. Peterson re meeting with H. Fox and Tudors re medallions (.3) | 972.00 |
| 2/7/2013 | JNK | 2.20 | Conferred with R. Peterson, H. Fox, B. Block, and F. Ingram re status of taxi medallions, current value and ownership status, amount of lien on each, and income produced post-petition (.8); conferred with R. Peterson re next steps re investigation (.2); reviewed City report on taxi medallions associated with Debtors (.6); corresponded with Debtor's counsel re City report and next steps (.4); telephone conference with B. Block re email on City report (.2). | 792.00 |
| 2/26/2013 | JNK | 0.20 | Reviewed taxi medallion documents re Corporation Counsel that produced medallion report. | 72.00 |
| 2/27/2013 | JNK | 0.60 | Corresponded with H. Fox, B. Block, and F. Ingraham re status of medallion investigation (.2); reviewed Corporation Counsel directory and conferred with C. McLinden re information on potential producer of Tudor medallion report (.4). | 216.00 |
| 2/28/2013 | JNK | 1.30 | Conferred with C. McLinden re Economic Expert guest list and taxi medallion report producer (.3); conferred with R. Peterson re medallion report and potential producers (.3); analyzed UCC search results and submitted Library request for Filing Statements re debtor taxi companies (.7). | 468.00 |
| 3/1/2013 | PSR | 0.50 | Researched specialized databases and the internet to identify and obtain UCC filings for J. Knapp (#37223). | 137.50 |
| 3/6/2013 | JNK | 1.10 | Analyzed correspondence from H. Fox re information on taxi medallions associated with Debtors (.4); corresponded with H. Fox, B. Block, and F. Ingram re taxi medallions and Trustee's specific requests for information (.7). | 396.00 |

LAW OFFICES  
**JENNER & BLOCK LLP**  
353 N. CLARK STREET  
CHICAGO, ILLINOIS 60654-3456  
(312) 222-9350

Page 12

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 3/8/2013 | JNK | 0.50 | Reviewed correspondence from B. Block re research efforts on taxi medallions (.2); corresponded with group re remaining medallions and research responsibilities (.3). | 180.00 |
| 3/11/2013 | PSR | 0.30 | Researched specialized databases and the internet to identify and obtain a company's UCC filings for J. Knapp (#37287). | 82.50 |
| 3/11/2013 | JNK | 0.60 | Reviewed supplemental UCC reports on Terra Taxi and potentially related entities. | 216.00 |
| 4/2/2013 | JNK | 0.30 | Reviewed case status and recent updates (.2); corresponded with H. Fox re timeline for producing requested information to the Trustee (.1). | 108.00 |
| 4/4/2013 | JNK | 0.50 | Corresponded with H. Fox re taxi medallions status follow-up. | 180.00 |
| 4/8/2013 | JNK | 0.20 | Conferred with H. Fox re status of asset investigation re security on taxi medallions. | 72.00 |
| 6/7/2013 | JNK | 0.30 | Reviewed prior correspondence with H. Fox re document production status (.2); corresponded to H. Fox re potential Rule 2004 examination of debtor (.1). | 108.00 |
| 6/18/2013 | JNK | 0.50 | Conferred with H. Fox and R. Peterson re next steps in case investigation. | 180.00 |
| 6/24/2013 | JNK | 2.90 | Conferred with R. Peterson re A. Lasko fee application (.1); reviewed A. Lasko second and third fee applications in preparation for filing (.9); prepared draft orders re Lasko second and third fee applications (.8); prepared notice of motion and certificate of service re A. Lasko second and third fee applications (.5); corresponded with M. Matlock and A. Lasko re edits to fee applications (.4); corresponded with H. Fox re Rule 2004 examination of debtors (.2). | 1,044.00 |
| 6/24/2013 | MHMX | 1.40 | Reviewed, updated service list and notices of motion for A. Lasko second and third fee applications. | 434.00 |
| 6/25/2013 | JNK | 0.60 | Reviewed revised second and third fee applications from A. Lasko. | 216.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 13

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/26/2013 | JNK | 0.80 | Reviewed and finalized Lasko second and third fee applications (.5); conferred with M. Matlock and docketing re filing same (.3). | 288.00 |
| 6/27/2013 | JNK | 0.40 | Reviewed filed fee applications of A. Lasko in preparation for hearing (.3); telephone conference with A. Lasko re fee applications status (.1). | 144.00 |
| 7/11/2013 | JNK | 0.20 | Corresponded with H. Fox re examination of A. Tudor and taxi medallion schedule. | 72.00 |
| 7/24/2013 | JNK | 0.80 | Reviewed filings and case status in preparation for hearing (.1); appeared at hearing on A. Lasko's second and third applications for compensation (.7). | 288.00 |
| 8/28/2013 | JNK | 0.70 | Reviewed case status and prior correspondence with H. Fox re examination of debtor (.3); telephone conference and corresponded with H. Fox re status of inquiries and examination of debtor (.4). | 252.00 |
| 8/29/2013 | JNK | 0.30 | Analyzed taxi medallion spreadsheet in preparation for correspondence to A. Tudor and H. Fox re examination. | 108.00 |
| 9/3/2013 | JNK | 0.50 | Reviewed medallion schedule and case status (.3); corresponded with H. Fox re Rule 2004 examination of Tudor and Tudor's mailing address (.2). | 180.00 |
| 9/12/2013 | JNK | 1.20 | Telephone conference with H. Fox re examination and address of A. Tudor (.2); conferred with R. Peterson re dates for and nature of Tudor examination (.4); corresponded with H. Fox re deposition and forthcoming subpoena (.2); finalized correspondence to A. Tudor and H. Fox re medallions schedule (.4). | 432.00 |
| 9/17/2013 | JNK | 0.20 | Confirmed A. Tudor deposition. | 72.00 |
| 9/24/2013 | JNK | 3.00 | Conducted online research re Debtor's taxi business entities and UCC filings re same(1.7); conferred with R. Peterson examination of A. Tudor, exhibits required, and potential issues in examination (.7); prepared exhibits for examination (.6). | 1,080.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 14

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/25/2013 | JNK | 4.90 | Continued review and preparation of exhibits for examination of A. Tudor (1.9); telephone conference with H. Fox re Rule 2004 subpoena (.1); prepared Rule 2004 subpoena to A. Tudor (.3); corresponded with H. Fox re Rule 2004 subpoena (.1); conferred with R. Peterson in preparation for Rule 2004 examination (.5); attended Rule 2004 examination of A. Tudor and conferred with R. Peterson, H. Fox, and A. Tudor (1.1); corresponded to H. Fox re action items following examination of A. Tudor (.9). | 1,764.00 |
| 9/26/2013 | JNK | 1.50 | Continued drafting correspondence to H. Fox re follow-up items to Debtor's Rule 2004 examination (.6); conferred with R. Peterson re same (.2); began analysis of schedules, amended schedules, and statement of financial affairs re nature of Debtor's debts (.7). | 540.00 |
| 9/27/2013 | JNK | 3.70 | Continued analysis of schedules and claims register re debt scheduled, relation to taxi medallions, nature of claims filed, and researched current value of medallions (1.8); prepared analysis of claims on claims register re current status, resolution, need for withdrawal, and related information (.9); conferred with R. Peterson re findings on same (.1); telephone conference with W. Osborn at Medallion Finance re current status of loans, refinance payoff, and timing of same (.2); telephone conference with A. Vanlanen re Schneider Finance (.2); reviewed docket, motions, and order re settlement of estate claims with Transit Financing and debtor re corporate interests (.5). | 1,332.00 |
| 10/11/2013 | JNK | 0.20 | Corresponded to H. Fox re outstanding document requests. | 72.00 |
| 10/16/2013 | JNK | 0.10 | Telephone conference with H. Fox re status of responses to Trustee's requests. | 36.00 |
| 10/17/2013 | JNK | 0.40 | Telephone conference with H. Fox and A. Tudor re response to Trustee's requests (.2); met with A. Tudor to collect document production (.2). | 144.00 |
| 1/9/2014 | JNK | 0.40 | Reviewed messages from A. Tudor re case status (.2); corresponded with H. Fox re same (.2). | 144.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 15

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/10/2014 | JNK | 0.20 | Corresponded with H. Fox re Tudor status, upcoming call, and A. Tudor communications. | 72.00 |
| 1/16/2014 | JNK | 0.20 | Corresponded with H. Fox re document request status and phone conference. | 72.00 |
| 1/17/2014 | JNK | 0.90 | Reviewed background re documents produced by debtor to date and outstanding requests re same. | 324.00 |
| 1/21/2014 | JNK | 7.60 | Analyzed records produced by debtor in response to trustee's requests (7.2); prepared workbook re net assets of corporations as of yearend 2005 and year end 2012 (.4). | 2,736.00 |
| 1/22/2014 | JNK | 0.90 | Telephone conference with H. Fox re document production and potential settlement with Debtor (.3); corresponded with H. Fox re additional document requests and potential settlement (.3); continued preparation of Tudor Taxi Companies net asset analysis (.3). | 324.00 |
| 1/27/2014 | JNK | 2.50 | Reviewed claims information, Debtor's document production, legal fees and expenses incurred to date, and corresponded with H. Fox in preparation for status conference with R. Peterson re same (1.2); conferred with R. Peterson re settlement demand (.4); wrote demand correspondence to H. Fox (.9). | 900.00 |
| 1/29/2014 | JNK | 4.60 | Corresponded and telephone conference with H. Fox re breakdown of settlement demand for delivery to Debtors (.6); researched post-judgment rate effective in case (.3); conducted analysis of creditor balances, interest incurred, administrative expenses and balance on hand in preparation of revised demand letter to H. Fox (3.7). | 1,656.00 |
| 1/30/2014 | JNK | 3.10 | Finalized analysis of numbers for settlement demand (1.1); conferred with R. Peterson re settlement demand (.2); corresponded with H. Fox re settlement demand (1.8). | 1,116.00 |
| 2/7/2014 | JNK | 1.10 | Corresponded with H. Fox re settlement, payment terms, and potential interest reduction (.4); reviewed interest calculations, demand letter, and invoices in preparation for correspondence to H. Fox (.5); conferred with R. Peterson re same (.2). | 396.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 16

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/12/2014 | JNK | 1.80 | Corresponded and telephone conference with H. Fox re settlement of Trustee's claims (.9); analyzed settlement proposal and counter-proposal (.4); conferred with R. Peterson re same (.2); began drafting settlement agreement (.3). | 648.00 |
| 2/13/2014 | JNK | 2.70 | Continued drafting settlement agreement with Debtors. | 972.00 |
| 2/17/2014 | JNK | 1.60 | Conferred with R. Peterson re settlement status (.2); continued preparation of settlement agreement (1.4). | 576.00 |
| 2/18/2014 | JNK | 0.20 | Conferred with R. Peterson re settlement agreement. | 72.00 |
| 2/20/2014 | JNK | 0.20 | Reviewed H. Fox filing re attorney fees (.1); corresponded with H. Fox re draft settlement agreement (.1). | 72.00 |
| 2/28/2014 | JNK | 0.10 | Corresponded with H. Fox re status of settlement agreement review. | 36.00 |
| 3/7/2014 | JNK | 0.20 | Corresponded with H. Fox re approach to settlement. | 72.00 |
| 3/14/2014 | JNK | 0.50 | Corresponded with H. Fox re settlement agreement and settlement funding (.3); reviewed settlement agreement upon receipt (.2). | 180.00 |
| 3/25/2014 | JNK | 0.30 | Conferred with R. Peterson and H. Fox re Tudor settlement commitment in light of new medallion purchases. | 108.00 |
| 3/27/2014 | JNK | 0.20 | Conferred with R. Peterson re settlement status and next steps. | 72.00 |
| 4/8/2014 | JNK | 0.20 | Corresponded with H. Fox re settlement payment status. | 72.00 |
| 4/11/2014 | JNK | 0.60 | Corresponded with H. Fox re funding settlement with trustee and anticipated settlement payment date. | 216.00 |
| 4/14/2014 | JNK | 0.10 | Corresponded with H. Fox re status of settlement funding. | 36.00 |
| 4/15/2014 | JNK | 0.20 | Corresponded with H. Fox re Tudor attempts to fund settlement. | 72.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 17

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 4/30/2014 | JNK | 0.20 | Conferred and corresponded with H. Fox and RRP re status of Tudor settlement payment. | 72.00 |
| 5/20/2014 | JNK | 0.20 | Corresponded with L. Raiford re Rule 9019 motion to settle claims against Debtors. | 72.00 |
| 5/20/2014 | LSR | 1.20 | Drafted Tudor 9019 motion. | 696.00 |
| 6/4/2014 | JNK | 0.20 | Corresponded with H. Fox re motion to compromise with debtors. | 72.00 |
| 6/18/2014 | MJKX | 1.50 | Covered Tudor 9019 hearing re medallions settlement. | 900.00 |
| 6/30/2014 | JNK | 0.20 | Conferred with R. Peterson and L. Raiford re case status and next steps re fee application. | 72.00 |
| 11/3/2014 | AMA | 0.30 | Reviewed and coordinated filing of A. Lasko fee petition. | 174.00 |
| 11/4/2014 | MXP | 1.90 | Updated service list and mailing labels to served the Fourth Interim Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses. | 380.00 |
| 11/4/2014 | TDH | 0.50 | Prepared Notice of Motion and Certificate of Service for fee application. | 162.50 |
| 11/5/2014 | AMA | 0.20 | Reviewed filing and email correspondence re same. | 116.00 |
| 11/5/2014 | MXP | 1.00 | Served the Fourth Interim Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses. | 200.00 |
| 11/5/2014 | TDH | 0.70 | Prepared proposed order (.2); updated Notice of Motion(.1); ECF filed Motion via Court's CM/ECF system (.3); sent team calendar notifications with hearing deadline (1.). | 227.50 |
| | | 285.30 | PROFESSIONAL SERVICES | $81,135.00 |
| INVOICE TOTAL | | | | $81,135.00 |